IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
Wichita Division

BERNARDO FLORES-ZAZUETA,

    Plaintiff,

v.

                                                     Civil Action No. _____

TRANS UNION, LLC,

    Defendant.

## DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

Defendant Trans Union LLC ("Trans Union") files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and in support thereof would respectfully show the Court as follows:

### A. PROCEDURAL BACKGROUND

1. On or about February 13, 2015, Bernardo Flores-Zazueta ("Plaintiff") filed Plaintiff's Petition ("Petition") in the Eighteenth Judicial District Court, Sedgwick County, Kansas, under Case No. 15-CV-0384 ("State Court Action") alleging that Trans Union violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

2. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filling of this Notice of Removal.

3. Defendant Trans Union LLC was served with Plaintiff's Petition on February 19, 2015.

4. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

## B. GROUNDS FOR REMOVAL

5. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1446(b). Removal is thus proper because Plaintiff's claims present a federal question. 28 U.S.C. §§1331 and 1441(a) In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq*. Moreover, any future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

## C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

7. In accordance with 28 U.S.C. § 1446(a) and Local Rule 83, all executed process, pleadings asserting causes of action, and orders served upon the Defendant Trans Union in the State Court Action are attached hereto as **Exhibit "A"**.

8. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after the first Defendant received a copy of Plaintiff's pleading setting forth the claims for relief upon which Plaintiff's action is based.

9. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Court Eighteenth Judicial District Court, Sedgwick County, Kansas, as required by 28 U.S.C. § 1446(d).

10. Trial has not commenced in the Eighteenth Judicial District Court, Sedgwick County, Kansas, under Case No. 15-CV-0384.

WHEREFORE, PREMISES CONSIDERED, Trans Union LLC, hereby gives notice that this action is removed to this the United States District Court for the District of Kansas, Wichita Division, and requests that it receive such other and further relief to which it may show itself justly entitled at law or in equity.

Respectfully submitted,

/s/ Bryan E. Mouber
**BRYAN E. MOUBER** #19710
mouber@bscr-law.com
**JAMES S. KREAMER** #14374
kreamer@bscr-law.com
**JONATHAN E. BENEVIDES** #24424
benevides@bscr-law.com
**BAKER, STERCHI, COWDEN & RICE LLC**
2400 Pershing Road, Suite 500
Kansas City, MO 64108
(816) 471-2121
(816) 472-0288 Fax
*Counsel for Trans Union LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

David P. Calvert
lawdpc@swbell.net
David P. Calvert, PA
532 N Market
Wichita, KS 67214
(316) 269-9055
(316) 269-0440 Fax
**Counsel for Plaintiff**

/s/ Bryan E. Mouber
**BRYAN E. MOUBER** #19710
mouber@bscr-law.com
**JAMES S. KREAMER** #14374
kreamer@bscr-law.com
**BAKER, STERCHI, COWDEN & RICE LLC**
2400 Pershing Road, Suite 500
Kansas City, MO 64108
(816) 471-2121
(816) 472-0288 Fax
**Counsel for Trans Union LLC**