# EXHIBIT A

**STATE COURT PLEADINGS**

**CASE NO. 15-CV-0384**

*Bernardo Flores-Zazueta*
*v.*
*Trans Union LLC*



CORPORATION SERVICE COMPANY®

# Notice of Service of Process

LDD / ALL
Transmittal Number: 13487411
Date Processed: 02/19/2015

| | |
|---|---|
| Primary Contact: | Daniel Halvorsen<br>Trans Union LLC<br>555 W. Adams Street<br>Chicago, IL 60661-3601 |

| | |
|---|---|
| Entity: | Trans Union LLC<br>Entity ID Number  1884665 |
| Entity Served: | Trans Union, LLC |
| Title of Action: | Bernardo Flores-Zazueta vs. Trans Union, LLC |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Violation of State/Federal Act |
| Court/Agency: | Sedgwick County District Court, Kansas |
| Case/Reference No: | 15CV0384 |
| Jurisdiction Served: | Kansas |
| Date Served on CSC: | 02/19/2015 |
| Answer or Appearance Due: | 21 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | David P. Calvert, P.A.<br>316-269-9055 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT

BERNARDO FLORES-ZAZUETA,

*Plaintiff(s)*

VS.

TRANS UNION, LLC
The Prentice-Hall Corporation System, Kansas, Inc.
2900 SW Wanamaker Drive, Suite 204
Topeka, KS 66614

*Defendant(s)*

PURSUANT TO K.S.A. CHAPTER 60

**15 C V 0 3 8 4**

CASE NO.
*ATTORNEY SERVICE/CERTIFIED MAIL*

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to service upon **David P. Calvert**, plaintiff's attorney, whose address is **David P. Calvert, P.A., The Buttermilk Lion Building, 532 N. Market, Wichita, Kansas 67214-3514,** a pleading to the petition which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. Your pleading must also be filed with the court. As provided in subsection (a) of K.S.A. 60-213, and amendments thereto, your answer must state as a counterclaim any related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

REASONABLE ACCOMODATIONS WILL BE PROVIDED IN
ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT. , Clerk of the District Court of Sedgwick County, Kansas

Dated _____ FEB 1 3 2015 _____    By _Jessica Prellr_ , Deputy

(SEAL)

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

[1]  **Personal Service.** By delivering on the _____ day of _____, 20____, a copy of the summons and a copy of the petition to each of the within-named defendants _____.

[2]  **Residence Service.** By leaving on the _____ day of _____, 20____, for each of the within-named defendants _____

a copy of the summons and a copy of the petition at the respective dwelling place or usual place of abode of such defendants with some person of suitable age and discretion residing therein.

[3]  **Agent Service.** By delivering on the _____ day of _____, 20____, a copy of the summons and a copy of the petition to each of the following agents authorized by appointment or by law to receive service of process _____

[4]  **Residence Service and Mailing.** By leaving a copy of the summons and a copy of the petition at the dwelling house or usual place of abode and mailing by first-class mail to each of the following defendants a notice that such copy has been so left _____

[5]  **Certified Mail Service.** I hereby certify that I have served the within summons: (1) By mailing on the _____ day of _____, 20____, a copy of the summons and a copy of the petition in the above action as certified mail return receipt requested to each of the within-named defendants; (2) the name and address on the envelope containing the process mailed as certified mail return receipt requested were as follows:

By _____

[6]  **Certified Mail Service Refused.** I hereby certify that on the _____ day of _____, 20____, I mailed a copy of the summons and petition in the above action by first-class mail, postage prepaid, addressed to _____

at _____

By _____

[7]  **No Service.** The following defendants were not found in this county:

_____

Dated: _____

_____ , Sheriff

By: _____ , Deputy



D C 1 8

David P. Calvert (#06628)
David P. Calvert, P.A.
532 N. Market
Wichita, KS 67214
Phone (316) 269-9055
Fax (316) 269-0440
Email lawdpc@swbell.net



FILED
APP DOCKET NO. _____
2015 FEB 13 P 12: 19
CLERK OF DIST COURT
18TH JUDICIAL DISTRICT
SEDGWICK COUNTY, KS
BY _____

## IN THE EIGHTEENTH JUDICIAL DISTRICT
## DISTRICT COURT, SEDGWICK COUNTY, KANSAS
## CIVIL DEPARTMENT

BERNARDO FLORES-ZAZUETA,  )
                          )
            Plaintiff,    )
                          )   Case No.
vs.                       )
                          )   15 C V 0 3 84
TRANS UNION, LLC,         )
                          )
            Defendant.    )
                          )

Pursuant to K.S.A. Ch. 60

### PETITION

Comes now the plaintiff and for his cause of action against the defendant alleges and states as follows:

1.  The plaintiff is a resident of Sedgwick County, Kansas.

2.  The defendant is a foreign limited liability company authorized to do business in Kansas and can be served with process by serving its resident agent The Prentice-Hall Corporation System, Kansas, Inc., 2900 SW Wanamaker Drive, Suite 204, Topeka, KS 66614.

3.  The defendant is a consumer reporting agency in the business of providing credit reports on consumers and is governed by the provisions of the Fair Credit Reporting Act (15 U.S.C. § 1581 *et seq*) and the Kansas Fair Credit Reporting Act (K.S.A. 50-701 *et seq*).

1



4. On September 22, 2014, a Notice of Federal Tax Lien (hereinafter the "Lien") was filed with the Sedgwick County Register of Deeds regarding a taxpayer who does not have the same name as the plaintiff, does not have the same address as the plaintiff, and does not have the same social security number (Identifying Number) as the plaintiff.

5. On October 3, 2014, the plaintiff, who is a subscriber to Capital One Credit Tracker, was notified that there had been a change in his TransUnion credit report that was processed on October 3, 2014, and that his credit score had been lowered.

6. On October 4, 2014, the plaintiff opened a dispute online with TransUnion, advising them that the Lien was not his and should be removed from his credit report.

7. On October 27, 2014, the defendant advised the plaintiff that its investigation was complete and that the Lien would continue to show on his credit report.

8. The plaintiff called the Sedgwick County Register of Deeds, confirmed that the Lien was not his, and re-disputed the credit report entry.

9. On October 30, 2014, the defendant wrote to the plaintiff advising him that it had "previously verified as accurate" the lien and that "we consider this dispute frivolous and we will not reinvestigate the item(s) unless you can provide court papers or a receipt, authentic letter from the creditor(s ) that explains what information should be updated." The plaintiff received this letter on November 6, 2014.

10. On November 12, 2014, the plaintiff confirmed by looking at the Online Dispute Service of the defendant that the Lien was still on his credit report.

2



11. On November 14, 2014, the plaintiff made a third demand to the defendant by writing a letter to the defendant, again advising them that the name, address, and identifying number (social security number) were not his; he enclosed a copy of the Lien with that letter and demanded that they remove it from his credit report.

12. On November 19, 2014, the defendant again notified the plaintiff that the investigation was complete and refused to remove the Lien from the credit report.

13. On November 25, 2014, the defendant placed a Resolution Summary online advising the plaintiff that the information had been verified. The Lien was not and to date has not been removed from his credit report.

### Count I – Fair Credit Reporting Act—Willful Noncompliance

14. Paragraphs 1 through 13 inclusive are incorporated herein.

15. The defendant failed and refused to conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and delete the item from the file.

16. The defendant prepared a consumer report without following reasonable procedures to assure maximum possible accuracy of the information concerning the individual—the plaintiff—about whom the report relates contrary to 15 U.S.C. § 1681e(b).

17. The defendant willfully failed to comply with the requirements of the Fair Credit Reporting Act and is liable to the plaintiff in an amount equal to the sum of actual damages sustained by the plaintiff as a result of the failure or damages of not less than $100 and not more than $1,000.00, together with the costs of the action and reasonable attorney fees. 15 U.S.C. § 1681n.

18. The willful acts and failures of the defendant caused the plaintiff to sustain damages in the amount of $25,000.00.

### Count II – Fair Credit Reporting Act—Negligent Noncompliance

19. Paragraphs 1 through 16 inclusive are incorporated herein.

20. The defendant negligently failed to comply with the requirements of the Fair Credit Reporting Act and is liable to the plaintiff in an amount equal to the sum of actual damages sustained by the plaintiff as a result of the failure together with costs and reasonable attorney fees. 15 U.S.C. § 1681o.

21. The negligence of the defendant caused the plaintiff to sustain damages in the amount of $25,000.00.

### Count III – Kansas Fair Credit Reporting Act—Willful Noncompliance

22. Paragraphs 1 through 13 inclusive are incorporated herein.

23. The defendant failed and refused to conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and delete the item from the file.

24. The defendant prepared a consumer report without following reasonable procedures to assure maximum possible accuracy of the information concerning the individual—the plaintiff—about whom the report relates contrary to K.S.A. 50-706.

25. The defendant willfully failed to comply with the requirements of the Fair Credit Reporting Act and is liable to the plaintiff in an amount equal to the sum of actual damages sustained by the plaintiff as a result of the failure or damages of not less than $100 and not more than $1,000.00, together with the costs of the action and reasonable attorney fees. K.S.A. 50-715.

4

26. The willful acts and failures of the defendant caused the plaintiff to sustain damages in the amount of $25,000.00.

**Count IV – Kansas Fair Credit Reporting Act—Negligent Noncompliance**

27. Paragraphs 1 through 16 inclusive are incorporated herein.

28. The defendant negligently failed to comply with the requirements of the Fair Credit Reporting Act and is liable to the plaintiff in an amount equal to the sum of actual damages sustained by the plaintiff as a result of the failure together with costs and reasonable attorney fees. K.S.A. 50-716.

29. The negligence of the defendant caused the plaintiff to sustain damages in the amount of $25,000.00.

30. Plaintiff is entitled to and demands a trial by jury.

WHEREFORE, plaintiff prays for judgment against the defendant in the amount of $25,000.00, reasonable attorney fees, and his costs, and such other relief as the court deems just and proper.

DAVID P. CALVERT, P.A.

David P. Calvert (#06628)

5

COPY

David P. Calvert (#06628)
David P. Calvert, P.A.
The Buttermilk Lion Building
532 North Market
Wichita, Kansas 67214-3514
Phone: (316) 269-9055
lawdpc@swbell.net

FILED

APP DOCKET NO. _____

2015 FEB 13 P 12:20

CLERK OF DIST COURT
18TH JUDICIAL DISTRICT
SEDGWICK COUNTY, KS

BY _____

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT

BERNARDO FLORES-ZAZUETA,           )
                                   )
                    Plaintiff,     )
                                   )   Case No.
vs.                                )
                                   )      1 5 C V 0 3 8 4
TRANS UNION, LLC,                  )
                                   )
                    Defendant.     )
                                   )
_____    )

Pursuant to K.S.A. Chapter 60

## NOTICE OF SERVICE OF PLAINTIFF'S
## DISCOVERY REQUESTS TO DEFENDANT

    **COMES NOW** the plaintiff and advises the Court that they have served on

counsel for the defendant the following:

    1.    PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
           TO DEFENDANT; and

    2.    PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT

by depositing the same in the United States mail, postage prepaid, this _13th_ day

of February, 2015.

- 1 -



D C 1 8

DAVID P. CALVERT, P.A.
Attorney for Plaintiff

By _____
David P. Calvert (#06628)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing NOTICE

OF SERVICE OF PLAINTIFF'S DISCOVERY REQUESTS TO DEFENDANT was mailed,

postage prepaid, in the United States mail, to:

The Prentice-Hall Corporation System Kansas, Inc.
2900 SW Wanamaker Drive, Suite 204
Topeka, KS 66614

Registered Agent for Defendant

on this ___17th___ day of February, 2015.

_____
David P. Calvert (#06628)

- 2 -

David P. Calvert (#06628)
David P. Calvert, P.A.
532 N. Market
Wichita, KS 67214
Phone (316) 269-9055
Fax (316) 269-0440
Email lawdpc@swbell.net

## IN THE EIGHTEENTH JUDICIAL DISTRICT
## DISTRICT COURT, SEDGWICK COUNTY, KANSAS
## CIVIL DEPARTMENT

|  |  |  |
|---|---|---|
| BERNARDO FLORES-ZAZUETA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 15 CV 0384 |
| vs. | ) | |
| | ) | |
| TRANS UNION, LLC, | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to K.S.A. Ch. 60

### PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT

COMES NOW plaintiff Bernardo Flores-Zazueta, by and through his attorney of record, David P. Calvert of David P. Calvert, P.A., and pursuant to K.S.A. 60-233, propounds the following interrogatories to defendant to be answered fully and under oath within thirty (30) days after service thereof.  Spaces are included for the answers of said interrogatories upon the original.

These interrogatories are to be considered as being continuing in nature, and you are requested to provide by way of supplementary answers thereto such additional information as you or any other person acting on your behalf may hereafter obtain which augments, changes or otherwise modifies your answers now given to these interrogatories below.

Each interrogatory not only calls for the knowledge of plaintiff, but also for all knowledge that is available to by reasonable inquiry, including inquiry of plaintiff's representatives and attorneys.

If any information is withheld under claim of privilege, state the privilege invoked, and identify the subject matter (without disclosure of its contents) of the information withheld sufficient to allow its description to the Court for ruling thereon. Such description should include, but is not limited to, the identifications procedure specified in paragraph C below.

## Definitions

As used in these interrogatories, the terms listed below are defined as follows:

A.    **"Document"** means any electronically stored information, any printed, typewritten, handwritten or otherwise recorded matter of whatever character, including, but not limited to, letters, memoranda, computer entries, notes, diaries, reports, audio or visual tapes, observations, statements or formal affidavits or any carbon or photocopy of any such material if you do not have custody or control of the original.

B.    **"You"** or **"your"** means TRANS UNION LLC, defendant's attorney(s) of record herein, servants, agents, principals, officers, directors, spouse, children, relatives and/or employees.

C.    The term **"identify"** when used in reference to a document means to state the date, author, title, and type of document (e.g., letter, report, etc.) or to provide some other means of identifying the document and to disclose the present location and custodian thereof.

D.      The term **"identify"** when used in reference to a natural person means to state, to the fullest extent possible, his or her full name, present or last known address and telephone number.

E.      **"Persons"** means natural persons, corporations, sole proprietorships, unions, associations, partnerships or federations or any other entity.

F.      **"Statement"** means written, transcribed, recorded, typed, lithographed, facsimilated, photocopied, filmed, or other type of "document" as defined above, which reflects speech, utterances, body movements or any other type of language by a person concerning any fact(s) which are the subject of this lawsuit.

## Instructions

A.      With respect to each interrogatory, in addition to supplying the information asked for and identifying the specific documents referred to, identify all documents which were referred to in preparing your answer thereto.

B.      If any document identified in an answer to an interrogatory was but is no longer in your possession or subject to your custody or control, or was known to you but is no longer in existence, state what disposition was made of it or what became of it.

C.      If any document is withheld from production hereunder on the basis of a claim of privilege or otherwise, identify each such document and the grounds upon which its production is being withheld.

## INTERROGATORIES

1.     Identify the individual at Trans Union LLC or the company hired by Trans Union LLC that collected the information used to verify or collect potential creditor information for the debts disputed by the plaintiff herein.

**ANSWER:**

2.     Described in detail what investigation was conducted for each debt disputed by the plaintiff and identify the person that performed the investigation and the date it was performed.

**ANSWER:**

DAVID P. CALVERT, P.A.
Attorney for Plaintiff

By David P. Calvert (#06628)

## VERIFICATION

STATE OF KANSAS          )
                                  ) ss:
SEDGWICK COUNTY     )

_____, of lawful age being first duly sworn on oath states:

That he/she is _____ for the above-named Defendant; that he/she has read the above and foregoing interrogatories and the answers thereto; that the answers are true and correct to the best of his/her knowledge, information and belief.

**FURTHER AFFIANT SAITH NAUGHT.**

_____

Title:_____

SUBSCRIBED AND SWORN to before me this _____ day of _____, 2015.

_____
Notary Public

My Appointment Expires:

_____

## ATTORNEY CERTIFICATION

I have read the responses to PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT and believe the same to be true and correct. Dated this _____ day of _____, 2015.

_____
_____, #_____

## CERTIFICATE OF SERVICE

I hereby certify that an original and two copies of the above and foregoing

Plaintiff's First Set of Interrogatories to Defendant was mailed, postage prepaid,

addressed to:

The Prentice-Hall Corporation System, Kansas, Inc.
2900 SW Wanamaker Drive, Suite 204
Topeka, KS 66614

Registered Agent for Defendant

on this __17th__ day of February, 2015.

David P. Calvert (#06628)



David P. Calvert (#06628)
David P. Calvert, P.A.
532 N. Market
Wichita, KS 67214
Phone (316) 269-9055
Fax (316) 269-0440
Email lawdpc@swbell.net

## IN THE EIGHTEENTH JUDICIAL DISTRICT
## DISTRICT COURT, SEDGWICK COUNTY, KANSAS
## CIVIL DEPARTMENT

|  |  |
|---|---|
| BERNARDO FLORES-ZAZUETA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.  15 CV 0384 |
| vs. | ) |
| | ) |
| TRANS UNION, LLC, | ) |
| Defendant. | ) |
| | ) |

Pursuant to K.S.A. Ch. 60

### PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT

COMES NOW plaintiff Bernardo Flores-Zazueta, by and through his attorney of

record, David P. Calvert of David P. Calvert, P.A., and pursuant to K.S.A. 60-233,

propounds the following interrogatories to defendant to be answered fully and under

oath within thirty (30) days after service thereof.  Spaces are included for the answers of

said interrogatories upon the original.

These interrogatories are to be considered as being continuing in nature, and you

are requested to provide by way of supplementary answers thereto such additional

information as you or any other person acting on your behalf may hereafter obtain

which augments, changes or otherwise modifies your answers now given to these

interrogatories below.

Each interrogatory not only calls for the knowledge of plaintiff, but also for all knowledge that is available to by reasonable inquiry, including inquiry of plaintiff's representatives and attorneys.

If any information is withheld under claim of privilege, state the privilege invoked, and identify the subject matter (without disclosure of its contents) of the information withheld sufficient to allow its description to the Court for ruling thereon. Such description should include, but is not limited to, the identifications procedure specified in paragraph C below.

### Definitions

As used in these interrogatories, the terms listed below are defined as follows:

A.     **"Document"** means any electronically stored information, any printed, typewritten, handwritten or otherwise recorded matter of whatever character, including, but not limited to, letters, memoranda, computer entries, notes, diaries, reports, audio or visual tapes, observations, statements or formal affidavits or any carbon or photocopy of any such material if you do not have custody or control of the original.

B.     **"You"** or **"your"** means TRANS UNION LLC, defendant's attorney(s) of record herein, servants, agents, principals, officers, directors, spouse, children, relatives and/or employees.

C.     The term **"identify"** when used in reference to a document means to state the date, author, title, and type of document (e.g., letter, report, etc.) or to provide some other means of identifying the document and to disclose the present location and custodian thereof.

D.      The term **"identify"** when used in reference to a natural person means to state, to the fullest extent possible, his or her full name, present or last known address and telephone number.

E.      **"Persons"** means natural persons, corporations, sole proprietorships, unions, associations, partnerships or federations or any other entity.

F.      **"Statement**" means written, transcribed, recorded, typed, lithographed, facsimilated, photocopied, filmed, or other type of "document" as defined above, which reflects speech, utterances, body movements or any other type of language by a person concerning any fact(s) which are the subject of this lawsuit.

## Instructions

A.      With respect to each interrogatory, in addition to supplying the information asked for and identifying the specific documents referred to, identify all documents which were referred to in preparing your answer thereto.

B.      If any document identified in an answer to an interrogatory was but is no longer in your possession or subject to your custody or control, or was known to you but is no longer in existence, state what disposition was made of it or what became of it.

C.      If any document is withheld from production hereunder on the basis of a claim of privilege or otherwise, identify each such document and the grounds upon which its production is being withheld.

## INTERROGATORIES

1.      Identify the individual at Trans Union LLC or the company hired by Trans Union

LLC that collected the information used to verify or collect potential creditor

information for the debts disputed by the plaintiff herein.

**ANSWER:**

2.      Described in detail what investigation was conducted for each debt disputed by

the plaintiff and identify the person that performed the investigation and the date it was

performed.

**ANSWER:**

DAVID P. CALVERT, P.A.
Attorney for Plaintiff

By _____
David P. Calvert (#06628)

## VERIFICATION

STATE OF KANSAS         )
                             ) ss:
SEDGWICK COUNTY     )

_____, of lawful age being first duly sworn on oath states:

That he/she is _____ for the above-named Defendant; that he/she has read the above and foregoing interrogatories and the answers thereto; that the answers are true and correct to the best of his/her knowledge, information and belief.

**FURTHER AFFIANT SAITH NAUGHT.**

_____

Title:_____

SUBSCRIBED AND SWORN to before me this _____ day of _____, 2015.

_____
Notary Public

My Appointment Expires:

_____

## ATTORNEY CERTIFICATION

I have read the responses to PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT and believe the same to be true and correct.  Dated this _____ day of _____, 2015.

_____
_____, # _____

## CERTIFICATE OF SERVICE

I hereby certify that an original and two copies of the above and foregoing

Plaintiff's First Set of Interrogatories to Defendant was mailed, postage prepaid,

addressed to:

The Prentice-Hall Corporation System, Kansas, Inc.
2900 SW Wanamaker Drive, Suite 204
Topeka, KS 66614

Registered Agent for Defendant

on this ___17th___ day of February, 2015.

David P. Calvert (#06628)

David P. Calvert (#06628)
David P. Calvert, P.A.
532 N. Market
Wichita, KS 67214
Phone (316) 269-9055
Fax (316) 269-0440
Email lawdpc@swbell.net

## IN THE EIGHTEENTH JUDICIAL DISTRICT
## DISTRICT COURT, SEDGWICK COUNTY, KANSAS
## CIVIL DEPARTMENT

| | |
|---|---|
| BERNARDO FLORES-ZAZUETA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 15 CV 0384 |
| vs. | ) |
| | ) |
| TRANS UNION, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to K.S.A. Ch. 60

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
## OF DOCUMENTS TO DEFENDANT

COMES NOW plaintiff Bernardo Flores-Zazueta, by and through his attorney of

record, David P. Calvert of David P. Calvert, P.A., and pursuant to K.S.A. 60-234,

propounds the following requests for production of documents to defendant herein to be

responded to fully within thirty (30) days after service.  In responding to these requests,

you are required to furnish all information available to you, including information in the

possession of your investigators, agents, representatives, attorneys, and any other

person or persons acting on your behalf.  Spaces are included for the responses to said

requests upon the original.

The requests which follow are to be considered as being continuing in nature and

as requiring supplemental documents as and to the extent that the documents are

1

subsequently discovered during the pendency of this action. All said requests are to be considered as being directed to defendants and to statements and allegations contained in this matter and as requiring responses to the extent that the requested documents lie within the knowledge, information, files, records, or other relevant sources of defendants, their attorney(s) of record herein, their servants, agents or employees or within the knowledge, information, files, records or other sources to which said entity and persons, and any of them, have access or over which they have custody or control.

If any document so identified is no longer in your possession and control, you are requested to describe the document, its present location and its custodian.

If any information is withheld under claim of privilege, state the privilege invoked and identify the subject matter (without disclosure of its contents) of the information withheld sufficient to allow its description to the Court for ruling thereon. Such description should include, but is not limited to, the identifications procedure specified in paragraph C below.

## **Definitions**

As used in these requests, the terms listed below are defined as follows:

A.      **"Document"** means any printed, typewritten, handwritten or otherwise recorded matter of whatever character, including, but not limited to, letters, memoranda, email, computer records, notes, diaries, reports, audio or visual tapes, observations, statements or formal affidavits or any carbon or photocopy of any such material if you do not have custody or control of the original.

B.      **"You"** or **"your"** means TRANS UNION, LLC, defendant's attorney(s) of record herein, servants, agents, principals, officers, directors, spouse, children, relatives and/or employees.

2

C.      The term **"identify"** when used in reference to a document means to state the date, author, title, and type of document (e.g., letter, report, etc.) or to provide some other means of identifying the document and to disclose the present location and custodian thereof.

D.      The term **"identify"** when used in reference to a natural person means to state, to the fullest extent possible, his or her full name, present or last known address and telephone number.

E.      **"Persons"** means natural persons, corporations, sole proprietorships, unions, associations, partnerships or federations or any other entity.

F.      **"Statement"** means written, transcribed, recorded, typed, lithographed, facsimiled, photocopied, filmed, or other type of "document" as defined above, which reflects speech, utterances, body movements or any other type of language by a person concerning any fact(s) which are the subject of this lawsuit.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:**      Produce all documents relating to, directly or indirectly, the investigation of the legitimacy of the debt that is the subject of this lawsuit.

**RESPONSE:**

**REQUEST NO. 2:**      Produce all documents relating to, directly or indirectly, relating to the debt that is the subject of this lawsuit.

**RESPONSE:**

3

DAVID P. CALVERT, P.A.
Attorney for Plaintiff

David P. Calvert, #06628

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing PLAINTIFF'S FIRST

REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT was mailed,

postage prepaid, addressed to:

The Prentice-Hall Corporation System, Kansas, Inc.
2900 SW Wanamaker Drive, Suite 204
Topeka, KS 66614

Registered Agent for Defendant

on this __17th__ day of February, 2015.

David P. Calvert (#06628)

4

David P. Calvert (#06628)
David P. Calvert, P.A.
532 N. Market
Wichita, KS 67214
Phone (316) 269-9055
Fax (316) 269-0440
Email lawdpc@swbell.net



## IN THE EIGHTEENTH JUDICIAL DISTRICT
### DISTRICT COURT, SEDGWICK COUNTY, KANSAS
### CIVIL DEPARTMENT

BERNARDO FLORES-ZAZUETA,                )
                                        )
                    Plaintiff,          )
                                        )   Case No. 15 CV 0384
vs.                                     )
                                        )
TRANS UNION, LLC,                       )
                                        )
                    Defendant.          )
                                        )
_____

Pursuant to K.S.A. Ch. 60

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
### OF DOCUMENTS TO DEFENDANT

COMES NOW plaintiff Bernardo Flores-Zazueta, by and through his attorney of record, David P. Calvert of David P. Calvert, P.A., and pursuant to K.S.A. 60-234, propounds the following requests for production of documents to defendant herein to be responded to fully within thirty (30) days after service. In responding to these requests, you are required to furnish all information available to you, including information in the possession of your investigators, agents, representatives, attorneys, and any other person or persons acting on your behalf. Spaces are included for the responses to said requests upon the original.

The requests which follow are to be considered as being continuing in nature and as requiring supplemental documents as and to the extent that the documents are

1

subsequently discovered during the pendency of this action. All said requests are to be considered as being directed to defendants and to statements and allegations contained in this matter and as requiring responses to the extent that the requested documents lie within the knowledge, information, files, records, or other relevant sources of defendants, their attorney(s) of record herein, their servants, agents or employees or within the knowledge, information, files, records or other sources to which said entity and persons, and any of them, have access or over which they have custody or control.

If any document so identified is no longer in your possession and control, you are requested to describe the document, its present location and its custodian.

If any information is withheld under claim of privilege, state the privilege invoked and identify the subject matter (without disclosure of its contents) of the information withheld sufficient to allow its description to the Court for ruling thereon. Such description should include, but is not limited to, the identifications procedure specified in paragraph C below.

### Definitions

As used in these requests, the terms listed below are defined as follows:

A.  **"Document"** means any printed, typewritten, handwritten or otherwise recorded matter of whatever character, including, but not limited to, letters, memoranda, email, computer records, notes, diaries, reports, audio or visual tapes, observations, statements or formal affidavits or any carbon or photocopy of any such material if you do not have custody or control of the original.

B.  **"You"** or **"your"** means TRANS UNION, LLC, defendant's attorney(s) of record herein, servants, agents, principals, officers, directors, spouse, children, relatives and/or employees.

2

C.    The term **"identify"** when used in reference to a document means to state the date, author, title, and type of document (e.g., letter, report, etc.) or to provide some other means of identifying the document and to disclose the present location and custodian thereof.

D.    The term **"identify"** when used in reference to a natural person means to state, to the fullest extent possible, his or her full name, present or last known address and telephone number.

E.    **"Persons"** means natural persons, corporations, sole proprietorships, unions, associations, partnerships or federations or any other entity.

F.    **"Statement"** means written, transcribed, recorded, typed, lithographed, facsimiled, photocopied, filmed, or other type of "document" as defined above, which reflects speech, utterances, body movements or any other type of language by a person concerning any fact(s) which are the subject of this lawsuit.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:**        Produce all documents relating to, directly or indirectly, the investigation of the legitimacy of the debt that is the subject of this lawsuit.

**RESPONSE:**


**REQUEST NO. 2:**        Produce all documents relating to, directly or indirectly, relating to the debt that is the subject of this lawsuit.

**RESPONSE:**

3

DAVID P. CALVERT, P.A.
Attorney for Plaintiff

David P. Calvert, #06628

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing PLAINTIFF'S FIRST

REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT was mailed,

postage prepaid, addressed to:

The Prentice-Hall Corporation System, Kansas, Inc.
2900 SW Wanamaker Drive, Suite 204
Topeka, KS 66614

Registered Agent for Defendant

on this  17th  day  of February, 2015.

David P. Calvert (#06628)

4

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.

**PRIORITY MAIL**
POSTAGE REQUIRED.

U.S. POSTAGE
PAID
WICHITA,KS
67202
FEB 17 15
AMOUNT
**$11.75**
00104240-11

58814

1008

EP14F

PLEASE PRESS FIRMLY

Schedule package pickup right from your hor
Print postage online - Go to usps.com/postag

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7012 1010 0003 2240 3478

# Flat Rate
# Mailing Envelope

*For Domestic and International Use*

*Visit us at usps.com*

**PRIORITY®**
**MAIL**

UNITED STATES POSTAL SERVICE

For Domestic
and International Use

From/Expéditeur:

From    David P. Calvert, P. A.
        532 N. Market
        Wichita, KS  67214

**TO**    Trans Union, LLC
        c/o The Prentice-Uall Corporation
        System, Kansas, Inc.
        2900 SW Wanamaker Dr., Suite 204
        Topeka, KS  66614

Label 228A, January 2008



UNITED STATES POSTAL SERVICE

unt of mailable material may be enclosed, as long
velope is not modified, and the contents are
onfined within the envelope with the adhesive
as the means of closure.

**NATIONAL RESTRICTIONS APPLY:**

**ND WEIGHT LIMIT ON**
**NATIONAL APPLIES**

s forms are required. Consult the
*ional Mail Manual* (IMM) at pe.usps.gov
retail associate for details.

USPS packaging products have been awarded Cradle
to Cradle Certification℠ for their ecologically-intelligent
design. For more information go to mbdc.com/usps

Cradle to Cradle Certified℠ is a certification mark of MBDC.

**IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT**

BERNARDO FLORES-ZAZUETA,                )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        Case No. 2015-CV-384
                                         )
TRANS UNION, LLC,                        )
                                         )
        Defendant.                       )

## REQUEST FOR CLERK'S EXTENSION OF TIME

On application of Baker Sterchi Cowden & Rice, LLC of Overland Park, Kansas, attorneys for Defendant Trans Union LLC, and pursuant to Supreme Court Rule 113, Defendant Tans Union request and are granted a fourteen (14) day clerk's extension to answer or otherwise respond to Plaintiff's Petition.

Chief Clerk of the District Court

By: _____
                `Deputy

Submitted by:

Baker Sterchi Cowden & Rice, LLC

_/ s / Jonathan E. Benevides_____
Bryan E. Mouber          KS #19710
James S. Kreamer         KS #14374
Jonathan E. Benevides    KS #24424
9393 W. 110th St., Suite 500
Overland Park, KS 66210
Telephone:  (913) 451-6752
Facsimile:  (816) 472-0288
mouber@bscr-law.com
kreamer@bscr-law.com
benevides@bscr-law.com
**ATTORNEYS FOR DEFENDANT
TRANS UNION LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was mailed, first class postage prepaid, this 12th day of March, 2015 to the following counsel of record:

David P. Calvert
David P. Calvert, P.A.
532 N. Market
Wichita, KS  67214
**ATTORNEYS FOR PLAINTIFF**

*/ s / Jonathan E. Benevides*

4832-4971-3698, v. 1

2

**Debra D. Miller**

| | |
|---|---|
| **From:** | ks_efile_noreply@kscourts.org |
| **Sent:** | Thursday, March 12, 2015 3:35 PM |
| **To:** | Jonathan E. Benevides |
| **Cc:** | Holly R. Bond |
| **Subject:** | Accepted Notice: Your filing, Re: 2015-CV-000384-OT - Other - PRO: Clerk's Extension, was accepted |

| | | |
|---|---|---|
| **To:** | Jonathan Edward Benevides | benevides@bscr-law.com |
| **From:** | ks_efile_noreply@kscourts.org | |
| **Date:** | 2015-03-12 12:18:06.0 | |
| **Subject:** | Your electronic filing, Re: 2015-CV-000384-OT - Other - PRO: Clerk's Extension, was accepted by DISTRICT COURTS. | |

| | |
|---|---|
| Case Number: | 2015-CV-000384-OT |
| Case Type: | Other |
| Court: | Sedgwick County District Court |
| Document Type: | PRO: Clerk's Extension |
| Reason(s) for null: | (none provided) |

1