IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
Wichita Division

BERNARDO FLORES-ZAZUETA,

    Plaintiff,

v.

                          Civil Action No. 6:15-cv-01087-EFM-TJJ

TRANS UNION, LLC,

    Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE
<u>PURSUANT TO Fed.R.Civ.P. 41(A)</u>**

Plaintiff Bernardo Flores-Zazueta, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice, pursuant to Fed.R.Civ.P. 41(A), and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Bernardo Flores-Zazueta and Trans Union LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with attorneys' fees and court costs to be paid by the party incurring same.

Respectfully submitted,

/s/ David P. Calvert
_____

**DAVID P. CALVERT**
lawdpc@swbell.net
**DAVID P. CALVERT, PA**
532 N Market
Wichita, KS 67214
(316) 269-9055
(316) 269-0440 Fax
*Counsel for Plaintiff*

Respectfully submitted,

2

```
                              /s/ Bryan E. Mouber
```
**BRYAN E. MOUBER** #19710
mouber@bscr-law.com
**JAMES S. KREAMER** #14374
kreamer@bscr-law.com
**JONATHAN E. BENEVIDES**
benevides@bscr-law.com
**BAKER, STERCHI, COWDEN & RICE LLC**
2400 Pershing Road, Suite 500
Kansas City, MO 64108
(816) 471-2121
(816) 472-0288 Fax
***Counsel for Trans Union LLC***

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the  14  day of April, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David P. Calvert
lawdpc@swbell.net
David P. Calvert, PA
532 N Market
Wichita, KS 67214
(316) 269-9055
(316) 269-0440 Fax
*Counsel for Plaintiff*

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Participants in the manner indicated: None

/s/ Bryan E. Mouber
**BRYAN E. MOUBER**

6704498.1/SP/83057/1836/040615